IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DONNA STEPHENS
DEBTOR

CASE NO: 15-13044
CHAPTER 13

## OBJECTION TO CLAIM FILED BY
## UNITED CONSUMER FINANCIAL SERVICES (CLAIM 3)

**COMES NOW** the Debtor named above and files this her Objection to the Claim filed by United Consumer Financial Services, showing the Court as follows:

United Consumer Financial Services filed a claim in the amount of $1,670.53. The Debtor objects to the secured portion of the claim in the amount of $247.50. The property securing the claim was surrendered in a prior bankruptcy, therefore the entire claim should be treated as a general unsecured claim.

**WHEREFORE**, the Debtor respectfully requests that the United Consumer Financial Services claim not be allowed as a secured claim, but instead that the full amount of $1,670.53 be treated as a general unsecured claim, and for such other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

/s/R. Gawyn Mitchell
R. Gawyn Mitchell, 3383
Attorney for Debtor

MITCHELL & CUNNINGHAM
R. Gawyn Mitchell, 3383
112 North Broadway
P.O. Box 7177
Tupelo, MS 38802-7177
(662) 407-0408

## **CERTIFICATE OF SERVICE**

I, R. Gawyn Mitchell, Attorney for the debtor, do hereby certify that I have this day mailed, by United States mail, postage prepaid or by electronic mail, a true and correct copy of the attached Objection to:

Terre Vardaman
VARDAMAN13ECF@gmail.com

United States Trustee
USTPRegion05.AB.ECF@usdoj.gov

United Consumer Financial Services
dba Bass & Associates, P.C
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

DATED: October 15, 2015

/s/ *R. Gawyn Mitchell*
R. Gawyn Mitchell, 3383
Attorney at Law

MITCHELL & CUNNINGHAM
R. Gawyn Mitchell
112 North Broadway
P.O. Box 7177
Tupelo, MS  38802-7177
(662) 407-0408